U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2012 FEB -8 PM 3:46

CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 5:12-cr-9-1 |
| ) | |
| JUSTIN M. CAISSIE, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT 1

The Grand Jury charges:

On or about March 2, 2011, in the District of Vermont, defendant JUSTIN CAISSIE did willfully injure property of the United States; that is by starting a fire inside the Tucker Johnson Shelter on the Long Trail within the Green Mountain National Forest. This offense involved more than $1,000 in damages to such property.

(18 U.S.C. § 1361)

## COUNT TWO

The Grand Jury further charges:

On or about March 3, 2011, in the District of Vermont, defendant JUSTIN CAISSIE did willfully and knowingly make a materially false statement in a matter within the jurisdiction of a department of the United States by representing to a United States Forest Service Special Agent that when he arrived at the Tucker Johnson Shelter located on the Green Mountain National Forest on March 2, 2011 it had been destroyed by fire. The statement was false because as JUSTIN CAISSIE then knew he had started the fire in the Tucker Johnson shelter on March 2, 2011.

(18 U.S.C. § 1001(a)(2))

## COUNT THREE

The Grand Jury further charges:

On or about March 2, 2011, in the District of Vermont, defendant JUSTIN CAISSIE did damage property of the United States.

(36 C.F.R. §§ 261.9(a), 261.1b; 16 U.S.C. § 551)

A TRUE BILL

FOREPERSON

*Tristram J. Coffin*
TRISTRAM J. COFFIN (by JRP)
United States Attorney
Rutland, Vermont
February 8, 2012